RECEIVED
FEB 2 3 2012
BY: _____

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada. The conduct would fall under paragraph 4 of the Board of Inquiry rules "misconduct that has materially adverse effect upon the purpose or reputation of SCI..."

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

**We the undersigned swear or affirm that the information attached to this petition is true to the best of our knowledge.**

1.) MICHAEL J. DREWNOWSKI, CHAPTER PRES.
   Print Name & Board Position          Signature

2.) _____     _____
   Print Name & Board Position          Signature

3.) _____     _____
   Print Name & Board Position          Signature

4.) _____     _____
   Print Name & Board Position          Signature

5.) _____     _____
   Print Name & Board Position          Signature

6.) _____     _____
   Print Name & Board Position          Signature

7.) _____     _____
   Print Name & Board Position          Signature

8.) _____     _____
   Print Name & Board Position          Signature

EXHIBIT A

RECEIVED
FEB 2 3 2012
BY: [signature]

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada. The conduct would fall under paragraph 4 of the Board of Inquiry rules "misconduct that has materially adverse effect upon the purpose or reputation of SCI..."

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

We the undersigned swear or affirm that the information attached to this petition is true to the best of our knowledge.

1.) DONALD DETWILER - REGIONAL REPRESENTATIVE 25 E     [signature]
    Print Name & Board Position                         Signature

2.) _____        _____
    Print Name & Board Position            Signature

3.) _____        _____
    Print Name & Board Position            Signature

4.) _____        _____
    Print Name & Board Position            Signature

5.) _____        _____
    Print Name & Board Position            Signature

6.) _____        _____
    Print Name & Board Position            Signature

7.) _____        _____
    Print Name & Board Position            Signature

8.) _____        _____
    Print Name & Board Position            Signature

FEB 2 3 ....

BY: _illegible_

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada.

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

1.) Peter Hunt, President, MN Chapter _[signature]_
Print Name & Board Position                           Signature

2.) _____   _____
Print Name & Board Position                           Signature

3.) _____   _____
Print Name & Board Position                           Signature

4.) _____   _____
Print Name & Board Position                           Signature

5.) _____   _____
Print Name & Board Position                           Signature

6.) _____   _____
Print Name & Board Position                           Signature

7.) _____   _____
Print Name & Board Position                           Signature

8.) _____   _____
Print Name & Board Position                           Signature

9.) _____   _____
Print Name & Board Position                           Signature

10.) _____   _____
Print Name & Board Position                           Signature

RECEIVED
FEB 2 3 2012
BY: [signature]

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada. The conduct would fall under paragraph 4 of the Board of Inquiry rules "misconduct that has materially adverse effect upon the purpose or reputation of SCI..."

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

**We the undersigned swear or affirm that the information attached to this petition is true to the best of our knowledge.**

1.) *Merle Shepard  Past Pres.*  /  *Merle Shepard*
    Print Name & Board Position        Signature

2.) _____    _____
    Print Name & Board Position        Signature

3.) _____    _____
    Print Name & Board Position        Signature

4.) _____    _____
    Print Name & Board Position        Signature

5.) _____    _____
    Print Name & Board Position        Signature

6.) _____    _____
    Print Name & Board Position        Signature

7.) _____    _____
    Print Name & Board Position        Signature

8.) _____    _____
    Print Name & Board Position        Signature

RECEIVED
FEB 2 3 2012
BY: [signature]

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada.

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

1.) RON SIMMONS   DIRECTOR AT LARGE            /s/ Ron Simmons
    Print Name & Board Position                Signature

2.) _____            _____
    Print Name & Board Position                Signature

3.) _____            _____
    Print Name & Board Position                Signature

4.) _____            _____
    Print Name & Board Position                Signature

5.) _____            _____
    Print Name & Board Position                Signature

6.) _____            _____
    Print Name & Board Position                Signature

7.) _____            _____
    Print Name & Board Position                Signature

8.) _____            _____
    Print Name & Board Position                Signature

9.) _____            _____
    Print Name & Board Position                Signature

10.) _____           _____
     Print Name & Board Position               Signature

RECEIVED
FEB 2 3 2012
BY: *[signature]*

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada.

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

1.) *ALAN HETH, Chapter President*      *Alan Heth* 2/19/2012
     Print Name & Board Position             Signature

2.) _____      _____
     Print Name & Board Position             Signature

3.) _____      _____
     Print Name & Board Position             Signature

4.) _____      _____
     Print Name & Board Position             Signature

5.) _____      _____
     Print Name & Board Position             Signature

6.) _____      _____
     Print Name & Board Position             Signature

7.) _____      _____
     Print Name & Board Position             Signature

8.) _____      _____
     Print Name & Board Position             Signature

9.) _____      _____
     Print Name & Board Position             Signature

10.) _____      _____
     Print Name & Board Position             Signature

RECEIVED
FEB 2 3 2012
BY: [signature]

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada.

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

1.) Donald G. McMillan, Past Pres     [signature]
    Print Name & Board Position              Signature

2.) _____    _____
    Print Name & Board Position              Signature

3.) _____    _____
    Print Name & Board Position              Signature

4.) _____    _____
    Print Name & Board Position              Signature

5.) _____    _____
    Print Name & Board Position              Signature

6.) _____    _____
    Print Name & Board Position              Signature

7.) _____    _____
    Print Name & Board Position              Signature

8.) _____    _____
    Print Name & Board Position              Signature

9.) _____    _____
    Print Name & Board Position              Signature

10.) _____   _____
    Print Name & Board Position              Signature

RECEIVED
FEB 2 3 2012
BY: [signature]

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada.

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

1.) _____          _____
    Print Name & Board Position                Signature

2.) _____          _____
    Print Name & Board Position                Signature

3.) _____          _____
    Print Name & Board Position                Signature

4.) _____          _____
    Print Name & Board Position                Signature

5.) _____          _____
    Print Name & Board Position                Signature

6.) _____          _____
    Print Name & Board Position                Signature

7.) _____          _____
    Print Name & Board Position                Signature

8.) Warren Parker, 14 Past Pres                [signature]
    Print Name & Board Position                Signature

9.) _____          _____
    Print Name & Board Position                Signature

10.) _____         _____
    Print Name & Board Position                Signature

RECEIVED

FEB 2 3 20..

BY: _[signature]_

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada.

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

1.) _Mich Chapter Pres._     _James R. Bing_
    Print Name & Board Position     Signature

2.) _____     _____
    Print Name & Board Position     Signature

3.) _____     _____
    Print Name & Board Position     Signature

4.) _____     _____
    Print Name & Board Position     Signature

5.) _____     _____
    Print Name & Board Position     Signature

6.) _____     _____
    Print Name & Board Position     Signature

7.) _____     _____
    Print Name & Board Position     Signature

8.) _____     _____
    Print Name & Board Position     Signature

9.) _____     _____
    Print Name & Board Position     Signature

10.) _____     _____
    Print Name & Board Position     Signature

RECE[IVED] FEB 2 3 201[?] BY

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada.

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

1.) __DON R MORGAN__     _____[signature]_____
    Print Name & Board Position      Signature

2.) _____     _____
    Print Name & Board Position      Signature

3.) _____     _____
    Print Name & Board Position      Signature

4.) _____     _____
    Print Name & Board Position      Signature

5.) _____     _____
    Print Name & Board Position      Signature

6.) _____     _____
    Print Name & Board Position      Signature

Members of the SCI Board:

Attached hereto and made a part of the petition are statements of Paul Babaz and statements of witnesses which speak for themselves. From these documents, it is clear Paul Babaz was accosted by Larry Rudolph and was subjected to inappropriate, unethical, and in Arizona, criminal conduct by Larry Rudolph. The statements from Paul Babaz, Clint Bishop and Brenda Devito are attached as is the statutes from Arizona and Nevada.

In addition, there are allegations of illegal hunting and placing trophies in a recordbook - that affidavit is also attached hereto. After you have had an opportunity to review the document, if you believe that the information is true and that it merits a Board of Inquiry, please affix your signature to the attached petition and mail the original signed petition to: SCI Board of Inquiry, SCI Headquarters, 4800 W. Gates Pass Road, Tucson, AZ 85745 and E-mail a copy to Rparsons@safariclub.org

1.) Edward Grasser, Region 33 Representative        *[signed] Edward Grasser*
    Print Name & Board Position                      Signature

2.) _____          _____
    Print Name & Board Position                      Signature

3.) _____          _____
    Print Name & Board Position                      Signature

4.) _____          _____
    Print Name & Board Position                      Signature

5.) _____          _____
    Print Name & Board Position                      Signature

6.) _____          _____
    Print Name & Board Position                      Signature

7.) _____          _____
    Print Name & Board Position                      Signature

8.) _____          _____
    Print Name & Board Position                      Signature

9.) _____          _____
    Print Name & Board Position                      Signature

10.) _____         _____
    Print Name & Board Position                      Signature

12.) _____     _____
     Print Name & Board Position         Signature

13.) _____     _____
     Print Name & Board Position         Signature

14.) _____     _____
     Print Name & Board Position         Signature

15.) _____     _____
     Print Name & Board Position         Signature

16.) _____     _____
     Print Name & Board Position         Signature

17.) _____     _____
     Print Name & Board Position         Signature

18.) _____     _____
     Print Name & Board Position         Signature

19.) _____     _____
     Print Name & Board Position         Signature

20.) _____     _____
     Print Name & Board Position         Signature

## STATEMENT OF PAUL D. BABAZ

I was standing at the ballroom door, waiting for a table guest. Larry Rudolph walked up with his wife, Bianca and asked to speak with me. We walked off to the side, approximately 20 feet from the door. Larry told me that someone asked him about having a girlfriend in Atlanta and asked how this person would know anything about that. I asked Larry who the person was and he replied, "Bob Fucking Anderson." I tried to reply in response to this and he began shouting and yelling at me. He started yelling, "You fuck with my family, I will fucking kill you!" "I will hire somebody to kill you!" "I will fuck you up! I will kill your children, I will kill your whole family!"

I told Larry not to push me, so he started slapping the floor with his hands, trying to engage me in a fight while yelling at me that he would kill my children and hire somebody to kill me. He was yelling in a loud voice and was clearly agitated. He took off his sport coat and threw it on the floor while yelling at me and telling me that he will kill all my children and, "Fuck you up."

Clint Bishop, who I was waiting for, approached from behind and asked if I was okay. He had obviously heard Larry yelling, as others had gathered to see what was happening. I turned to walk away with Clint and Bianca said, "You're a fucking asshole and I never want to have anything to do with you." I didn't reply but walked into the ballroom as there were a lot of people looking on, as well as staff members, who witnessed this entire episode.

Larry had previously screamed and yelled at me in a threatening manner via telephone in late October. He then texted an apology to me the following morning. I have a copy of that text message.

The threats, intimidation and totally inappropriate conduct was witnessed by Clint Bishop, Brenda Devito and Melinda Shreves.

The foregoing is true and accurate to the best of my recollection.

Paul D. Babaz

STATEMENT OF CLINT BISHOP

The following is a statement regarding my involvement during an altercation between Paul Babaz and Larry Rudolph.

I was going down to meet Paul since he had my ticket for the evening event and when I got to the door I asked the young lady if Paul Babaz had left a ticket for me. She told me that he was just down the hall talking with Mr. Larry Rudolph and that I should go meet him. I had met Mr. Rudolph several times through the years with Paul so I was expecting to walk up on them and they would be talking about something with the convention or a recent hunt. As I got closer to them I could hear Mr. Rudolph raising his voice to Paul. Not knowing what the problem was, I stopped and gave it a second to see what I was going to walk up on. At that point I heard Mr. Rudolph making the threats to Paul and trying to challenge him to a fight. I did not have a clue what had happened to cause this but I knew that it had to be stopped. I walked around the corner and asked Paul if he was okay and that was enough to make Mr. Rudolph stop making the threats. His wife did call Paul a Fucking Asshole and said that she want nothing to ever do with him again as we walked off.

Paul has never shared any of the past situations between him and Mr. Rudolph so I was not sure what was going on. I asked Paul to walk with me and that we needed to go to our table. I was just trying to put space in between the two men. As we walked past the door the young lady at the door told me thank you.

Paul's report is true and happened as I recall it.

_____
Clint Bishop

STATEMENT OF BRENDA DEVITO

On February 1, 2012, in the late afternoon or early evening, I was at the podium at the entrance to our nightly banquet facility. Paul Babaz was in the near vicinity of the podium. I saw Larry Rudolph come up to Mr. Babaz and tell him that he needed to speak with him. They went around the corner, to my left, as I faced out from the podium. Shortly thereafter, an individual who was unknown to me, but who I now know to be Clint Bishop, approached me and asked where Mr. Babaz was. I directed him around the same corner.

Shortly thereafter, I saw Mr. Babaz and Mr. Bishop come back into the banquet area. I did not see Mr. Rudolph again.

The foregoing is true and accurate to the best of my recollection.

*Brenda DeVito*  2/15/12
Brenda DeVito

# CHAPTER 203 - CRIMES AGAINST THE PUBLIC PEACE

NRS 203.010    Breach of peace.
NRS 203.020    Assembling to disturb peace or to commit unlawful act.
NRS 203.030    Provoking commission of breach of peace.
NRS 203.040    Publishing matter inciting breach of peace or other crime.
NRS 203.050    Affray.
NRS 203.060    Unlawful assembly.
NRS 203.070    Rout and riot.
NRS 203.080    Armed association.
NRS 203.090    Disturbing meeting.
NRS 203.100    Offenses in public conveyances.
NRS 203.110    Forcible entry and detainer.
NRS 203.115    Criminal anarchy.
NRS 203.117    Criminal syndicalism.
NRS 203.119    Commission of act in public building or area interfering with peaceful conduct of activities.

NRS 203.010  **Breach of peace.**  Every person who shall maliciously and willfully disturb the peace or quiet of any neighborhood or person or family by loud or unusual noises, or by tumultuous and offensive conduct, threatening, traducing, quarreling, challenging to fight, or fighting, shall be guilty of a misdemeanor.
      [1911 C&P § 327; RL § 6592; NCL § 10275]—(NRS A 1967, 489; 1971, 150)

NRS 203.020  **Assembling to disturb peace or to commit unlawful act.**  If two or more persons assemble for the purpose of disturbing the public peace, or committing any unlawful act, and do not disperse, on being desired or commanded so to do by a judge, justice of the peace, sheriff, coroner, constable or other public officer, the persons so offending are guilty of a misdemeanor.
      [1911 C&P § 328; RL § 6593; NCL § 10276]—(NRS A 1967, 489)

NRS 203.030  **Provoking commission of breach of peace.**  Every person who shall by word, sign or gesture willfully provoke, or attempt to provoke, another person to commit a breach of the peace shall be guilty of a misdemeanor.
      [Part 1911 C&P § 150; RL § 6415; NCL § 10097]

NRS 203.040  **Publishing matter inciting breach of peace or other crime.**
      1.  Every person who shall willfully print, publish, edit, issue, or knowingly circulate, sell, distribute or display any book, paper, document or written or printed matter, in any form, advocating, encouraging or inciting or having a tendency to encourage or incite the commission of any crime, breach of the peace, or act of violence, or which shall tend to encourage or advocate disrespect for law or for any court or courts of justice, shall be guilty of a gross misdemeanor.
      2.  Every editor or proprietor of a book, newspaper or serial and every manager of a partnership, corporation or association by which a book, newspaper or serial is issued, is chargeable with the publication of any matter contained in such book, newspaper or serial. But in every prosecution therefor, the defendant may show in his or her defense that the matter complained of was published without the defendant's knowledge or fault and against the defendant's wishes by another who had no authority from the defendant to make the publication, and was retracted by the defendant as soon as known with an equal degree of publicity.
      [1911 C&P § 352; RL § 6617; NCL § 10300] + [1911 C&P § 353; RL § 6618; NCL § 10301]

NRS 203.050  **Affray.**  If two or more persons shall, by agreement, fight in a public place, to the terror of the citizens of this state, the persons so offending commit an affray and are guilty of a misdemeanor.
      [1911 C&P § 329; RL § 6594; NCL § 10277]—(NRS A 1967, 489)

NRS 203.060  **Unlawful assembly.**  If two or more persons shall assemble together to do an unlawful act, and separate without doing or advancing toward it, such persons commit an unlawful assembly, and are guilty of a misdemeanor.
      [1911 C&P § 330; RL § 6595; NCL § 10278]—(NRS A 1967, 490)

NRS 203.070  **Rout and riot.**
      1.  If two or more persons shall meet to do an unlawful act, upon a common cause of quarrel, and make advances toward it, they commit a rout, and are guilty of a misdemeanor.
      2.  If two or more persons shall actually do an unlawful act of violence, either with or without a common cause of quarrel or even do a lawful act, in a violent, tumultuous and illegal manner, they commit a riot, and are guilty of a misdemeanor.
      [1911 C&P § 331; RL § 6596; NCL § 10279]—(NRS A 1967, 490)

# CHAPTER 12

## ASSAULT AND RELATED OFFENSES

| Section | |
|---|---|
| 13-1201. | Endangerment; classification. |
| 13-1202. | Threatening or intimidating; classification. |
| 13-1203. | Assault; classification. |
| 13-1204. | Aggravated assault; classification; definition. |
| 13-1205. | Unlawfully administering intoxicating liquors, narcotic drug or dangerous drug; classification. |
| 13-1206. | Dangerous or deadly assault by prisoner or juvenile; classification. |
| 13-1207. | Prisoners who commit assault with intent to incite to riot or participate in riot; classification. |
| 13-1208. | Assault; vicious animals; classification; exception. |
| 13-1209. | Drive by shooting; forfeiture; driver license revocation; classification; definitions. |
| 13-1210. | Assaults on officers or fire fighters; disease testing; petition; hearing; notice; definition. |
| 13-1211. | Discharging a firearm at a structure; classification; definitions. |
| 13-1212. | Prisoner assault with bodily fluids; liability for costs; classification; definition. |
| 13-1213. | Aiming a laser pointer at a peace officer; classification; definition. |

*A combined index appears at the end of this pamphlet.*

---

**WESTLAW Computer Assisted Legal Research**

WESTLAW supplements your legal research in many ways. WESTLAW allows you to

- update your research with the most current information
- expand your library with additional resources
- retrieve current, comprehensive history and citing references to a case with KeyCite

For more information on using WESTLAW to supplement your research, see the WESTLAW Electronic Research Guide, which follows the Preface.

---

*Chapter 12, Assault and Related Offenses, consisting of §§ 13-1201 to 13-1206, was added by Laws 1977, Ch. 142, § 61, effective October 1, 1978 and Laws 1978, Ch. 215, § 1, effective October 1, 1978.*

## § 13-1201. Endangerment; classification

A. A person commits endangerment by recklessly endangering another person with a substantial risk of imminent death or physical injury.

B. Endangerment involving a substantial risk of imminent death is a class 6 felony. In all other cases, it is a class 1 misdemeanor.

Added by Laws 1977, Ch. 142, § 61, eff. Oct. 1, 1978.

## § 13-1202. Threatening or intimidating; classification

A. A person commits threatening or intimidating if the person threatens or intimidates by word or conduct:

1. To cause physical injury to another person or serious damage to the property of another; or

2. To cause, or in reckless disregard to causing, serious public inconvenience including, but not limited to, evacuation of a building, place of assembly or transportation facility; or

3. To cause physical injury to another person or damage to the property of another in order to promote, further or assist in the interests of or to cause, induce or solicit another person to participate in a criminal street gang, a criminal syndicate or a racketeering enterprise.

B. Threatening or intimidating pursuant to subsection A, paragraph 1 or 2 is a class 1 misdemeanor, except that it is a class 6 felony if the offense is committed in retaliation for a victim's either reporting criminal activity or being involved in an organization, other than a law enforcement agency, that is established for the purpose of reporting or preventing criminal activity. Threatening or intimidating pursuant to subsection A, paragraph 3 is a class 4 felony.

Added by Laws 1977, Ch. 142, § 61, eff. Oct. 1, 1978. Amended by Laws 1978, Ch. 201, § 128, eff. Oct. 1, 1978; Laws 1990, Ch. 366, § 1; Laws 1994, Ch. 200, § 11, eff. April 19, 1994; Laws 2003, Ch. 225, § 2.

## § 13-1203. Assault; classification

A. A person commits assault by:

1. Intentionally, knowingly or recklessly causing any physical injury to another person; or

215

STATE OF MISSOURI  )
COUNTY OF Jasper   )§

### AFFIDAVIT OF KIRK KELSO

I, Kirk Kelso, being first duly deposed, deposes and says:

1. That my name is Kirk Kelso.

2. That in or about the year 2006, I owned and operated a business known as Pusch Ridge Outfitters which, among other things, engaged in Coues deer hunting in the Republic of Mexico.

3. That in or about the year 2006, Larry Rudolph booked a hunt with me.

4. That on the first day of the hunt, Rudolph shot at, and wounded, a Coues deer. We did not recover the deer that day.

5. The next day, we went out to see if we could recover the deer. We saw another unwounded deer and Rudolph wanted the unwounded deer. However, he indicated that he could not shoot as far as the deer was. He insisted I shoot the deer. As I had a tag, I shot the deer. Rudolph then insisted he place his tag on my deer and he did so. Rudolph then exported it as his deer from the Republic of Mexico into the United States. He departed the same day the deer was shot.

FURTHER AFFIANT SAYETH NOT.

Dated this 7 day of Feb., 2012.

REBECCA L. FORGEY
My Commission Expires
May 15, 2014
Jasper County
Commission #10382557

_____
Kirk Kelso, Affiant

SUBSCRIBED TO AND SWORN BEFORE ME this 7 day of Feb., 2012 by Kirk Kelso, who appeared before me personally.

_____
Notary Public

My commission expires:

May 15, 2014

1